The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RANDALL FOX,<br>    Defendant. | ORDER EXTENDING UNITED STATES' DEADLINE<br><br>CR16-100 (RSL) |

THE COURT has considered the stipulated motion to extend the deadline for the United States to file a response to the Defendant's Motion to Withdraw Guilty Plea (Doc. 190), and the record in this matter. Based upon that review, the Court finds that extending the above deadline from May 4, 2017 to April 18, 2017 will afford the United States the necessary time to gather the information needed to properly respond.

IT IS THEREFORE ORDERED that the deadline for the United States to file a response to the Defendant's Motion to Withdraw Guilty Plea is extended to May 18, 2017.

DONE this 4th day of May, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

UNITED STATES V. BINGHAM FOX.
Order Extending Deadline to Respond - 1

U.S. DEPT. OF JUSTICE
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0739

Presented By:

> JEFFREY WOOD
> Acting Assistant Attorney General
> Environment and Natural Resources Division
>
> /s/ Todd W. Gleason
> /s/ Stephen Da Ponte
> Trial Attorneys
> U.S. Department of Justice
> Environment and Natural Resources Division
> Environmental Crimes Section
>
> Per e-mail authorization
> /s/ Vanessa Pai-Thompson
> /s/ Dennis Carroll
> Attorneys for Randall Fox

UNITED STATES V. BINGHAM FOX.
Order Extending Deadline to Respond - 2

U.S. DEPT. OF JUSTICE
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0739