UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RANDALL FOX,<br><br>　　　　　　　Defendant. | Case No. CR16-100RSL<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court *sua sponte* following its order granting defendant Randall Fox's motion to withdraw his guilty plea (Dkt. # 205). Having considered the records and files herein, including Mr. Fox's waiver of his speedy trial rights and consent to a continuance up to and including December 18, 2017 (Dkt. # 216), the Court finds as follows:

1. On March 16, 2017, Mr. Fox pleaded guilty to Counts 1 and 2 of the indictment. Dkt. # 137.

2. On April 25, 2017, Mr. Fox moved to withdraw his guilty plea. Dkt. # 190. The Court granted this motion on June 19, 2017. Dkt. # 205.

3. Pursuant to 18 U.S.C. § 3161(i), for purposes of calculating time under the Speedy Trial Act, Mr. Fox shall be deemed indicted on June 19, 2017, the date on which the Court granted Mr. Fox's motion to withdraw his guilty plea.

4. Failure to grant a trial continuance to allow defendant additional time to prepare his case would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1

5.      The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date in this case is continued from April 3, 2017 to December 4, 2017.  The parties are directed to file a stipulated pretrial motions schedule, or to advise the Court that they are unable to reach agreement, within one week of the date of this order.

IT IS FURTHER ORDERED THAT the time period between the filing date of the motion and December 4, 2017 shall be excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-74.

DATED this 24th day of July, 2017.


_____
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2