The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-100-RSL |
| Plaintiff, | |
| vs. | **CASE SCHEDULING ORDER** |
| RANDALL FOX, | |
| Defendants. | |

The Court, having reviewed the Stipulated Motion for a Case Scheduling Order, Dkt. # 219, and finding that the proposed schedule will promote judicial economy, avoid undue surprises and delays, and ensure the upcoming trial of this matter proceeds efficiently, hereby grants the aforementioned motion. It is therefore ORDERED that the parties shall observe the following complex case schedule:

//
//
//
//

(~~PROPOSED~~) CASE SCHEDULING
ORDER - 1
(*USA v. Fox* / CR16-100RSL)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

| EVENT | DATE |
|---|---|
| Parties to file Proposed Jury Instructions | October 30, 2017 |
| Parties to file all motions, including *motions in limine* | November 10, 2017 |
| Parties to file Stipulations, Trial Briefs, Proposed Voir Dire, Witness Lists, Exhibit Lists, and Jencks/Rule 26.2 Disclosures | November 13, 2017 |

DATED this 3rd day of Aug., 2017.

_____
Robert S. Lasnik
United States District Judge

(PROPOSED) CASE SCHEDULING
ORDER - 2
(*USA v. Fox* / CR16-100RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100