# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDALL FOX,<br><br>    Defendant. | Case No. CR16-100RSL<br><br>ORDER CONTINUING TRIAL AND SETTING CASE SCHEDULE |

    This matter comes before the Court on defendant's "Stipulated Motion for Case Scheduling Order." Dkt. # 243. Having considered the records and files herein, including Mr. Fox's waiver of his speedy trial rights and consent to a continuance up to and including April 30, 2018, Dkt. # 242, the Court finds as follows:

    1.    On April 25, 2017, Mr. Fox moved to withdraw a previously entered plea of guilty, Dkt. # 190, which the Court granted, Dkt. # 205. On July 24, 2017, the Court issued an order continuing this case's trial date to December 4, 2017. Dkt. # 218. On November 6, 2017, the parties held a teleconference and agreed on a new trial date of April 2, 2018. Dkt. # 241.

    2.    On November 8, 2017, the parties filed a stipulated motion proposing a filing schedule, Dkt. # 243, and an accompanying speedy trial waiver by defendant in order to accommodate the agreed upon trial date of April 2, 2018, Dkt. # 242.

ORDER CONTINUING TRIAL AND SETTING CASE SCHEDULE - 1

3. Failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

4. The ends of justice served by a continuance outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including April 30, 2018, Dkt. # 242, which will permit trial to start on April 2, 2018, per the parties' agreement.

IT IS HEREBY ORDERED that the trial date be continued from December 4, 2017, to April 2, 2018.

IT IS FURTHER ORDERED that the parties shall observe the following case schedule:

| EVENT | DATE |
| --- | --- |
| Parties to file Proposed Jury Instructions | February 26, 2018 |
| Parties to file all motions, including *motions in limine* | March 9, 2018 |
| Parties to file Stipulations, Trial Briefs, Proposed Voir Dire, Witness Lists, Exhibit Lists, and Jencks/Rule 26.2 Disclosures | March 12, 2018 |

IT IS FURTHER ORDERED that the period of time from the current trial date of December 4, 2017, up to and including April 30, 2018, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 14th day of November, 2017.

*MM S Lasnik*
Robert S. Lasnik
United States District Judge