UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>RANDALL FOX,<br><br>        Defendant. | CASE NO. CR16-0100-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. This criminal case was reassigned to the Court on February 20, 2018. (Dkt. No. 246.) A jury trial is scheduled for April 4, 2018 at 10:00 a.m. Each party must submit its motions *in limine* no later than March 9, 2018. Responses to motions *in limine* must be submitted no later than March 16, 2018. The Court will provide oral rulings on the motions *in limine* the first morning of trial.

Trial briefs, witness lists, exhibit lists, proposed voir dire, and proposed jury instructions must be filed no later than March 23, 2018. The parties are reminded that a list of trial exhibits is to be exchanged no later than fourteen (14) days before trial. *See* W.D. Wash. Local Crim. Rule 16(g).

1    The parties are DIRECTED to submit two sets of course-of-trial and end-of-trial jury instructions and a verdict form: one numbered sequentially, with citations, indicating whether the instruction is agreed or disputed, and another set without numbering, citations, or indication whether the instruction is agreed or disputed. All standard jury instructions should be included. A clean copy of the proposed instructions and verdict form should also be submitted in word format to the following e-mail address: CoughenourOrders@wawd.uscourts.gov.

DATED this 21st day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
