THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0100-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RANDALL FOX, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. This criminal case was reassigned to the Court on February 20, 2018. (Dkt. No. 246.) A jury trial is currently scheduled for April 4, 2018. For purposes of the Court's schedule, the jury trial is advanced to Monday, April 2 at 10:00 a.m. All pretrial case management dates remain as previously scheduled.

DATED this 21st day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR16-0100-JCC
PAGE - 1