<div style="text-align: right">THE HONORABLE JOHN C. COUGHENOUR</div>

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0100-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RANDALL FOX, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' motions *in limine* (Dkt. Nos. 254, 255, 267). On April 2, 2018, prior to the selection of a jury, the Court issued oral rulings on the parties' motions. The Clerk is DIRECTED to terminate the parties' motions *in limine* (Dkt. Nos. 254, 255, 267).

DATED this 2nd day of April 2018.

<div style="margin-left: 50%">
William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk
</div>