THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RANDALL FOX,<br><br>　　　　　　　Defendant. | CASE NO. CR16-0100-JCC<br><br>ORDER<br><br>Jury in Deliberation |

It is the ORDER of the Court that the jury in this case be committed to the custody of a duly sworn bailiff or bailiffs; and

It is FURTHER ORDERED that the Clerk, U.S. District Court, pay for the meals of said jurors at the expense of the United States Courts.

DATED this 4th day of April 2018.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ John C. Coughenour*
　　　　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
CR17-0216-JCC
PAGE - 1