# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0100-JCC |
| Plaintiff, | ORDER |
| v. | |
| RANDALL FOX, | |
| Defendant. | |

This matter comes before the Court on Defendant Randall Fox's motion to seal (Dkt. No. 310) his sentencing memorandum (Dkt. No. 311) and attachments (Dkt. No. 311-1). Having thoroughly considered Defendant's motion and the relevant record, the Court hereby GRANTS the motion.

"[T]here is a strong presumption of public access to [the Court's] files." W.D. Wash. Local Civ. R. 5(g)(3); *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). However, a particularized showing of good cause will suffice to maintain under seal documents attached to a motion that does not address the procedural basis of the case. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2006). This rule provides an exception to the "strong presumption in favor of [public] access" to judicial records. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citing *Foltz*, 331 F.3d at 1135).

Defendant asks the Court to order that his sentencing memorandum and attached exhibits

be sealed because the documents contain sensitive and confidential material about Defendant that should not be made public. (Dkt. No. 310 at 1.) The Court concludes that some of the exhibits deal with information that is sufficiently confidential to warrant sealing, while others do not. Defendant states that he plans to file redacted versions of the sentencing memorandum and exhibits, but requests that exhibits 1 and 6 remain sealed. (*Id*.)

The Court GRANTS Defendant's motion to seal (Dkt. No. 310). The Clerk is DIRECTED to maintain the documents filed under Docket Number 311 and 311-1 under seal until further order of the Court. Defendant is ORDERED to file a redacted sentencing memorandum and redacted copies of exhibits 2, 3, 4, 5, 7, 8, and 9 within seven (7) days of this order.

DATED this 22nd day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE